# JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN KHEEL, individually, and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　vs.<br><br>FCA US LLC,<br><br>　　Defendant. | Case No. 2:22-cv-03376 AB (ASx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE OF FCA US LLC** |

Based on the parties' Stipulation of Dismissal With Prejudice of FCA US LLC, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff Alan Kheel's claims are dismissed with prejudice; and
2. The parties shall each bear their own fees and costs incurred in this litigation.

**IT IS SO ORDERED.**

Dated: December 20, 2022

　　　　　　　　　　　　　　　　　　　　　　
Hon. André Birotte Jr.
United States District Judge